UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     **Plaintiff** ) | |
| **v.** ) | **CASE NO.: 3:18cr210(SRU)** |
| ) | |
| **MARK ROHRER** ) | |
|     **Defendant** ) | **MARCH 28, 2019** |

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant respectfully submits this memorandum in aid of sentencing. The Defendant, Mark Rohrer, is scheduled to be sentenced on April 2, 2019.

The facts, as set forth in the Government's Sentencing Memorandum, are accurate and will not be repeated in this document. In recognition of the mandatory term of imprisonment of 60 months, the Defendant, through his attorney, joins the Government in requesting the imposition of this sentence.

### I. The Offense and Relevant Conduct

The Defendant does not take issue with the offense and relevant conduct as described in the Government's Memorandum.

### II. The Presentence Report and Guidelines Calculation

The Defendant concurs with the Guidelines calculation set forth in the Pre-Sentence Report paragraphs 24 through 36 and agrees with the Government's analysis of the calculations.

### III. Discussion

As was noted in an excellent and thorough Pre-Sentence Report, were it not for the existence of a 60 month mandatory minimum sentence, the Court may wish to consider certain important factor in possibly departing downward from the indicated sentencing range. Therefore, the Defendant agrees with the Government's request that a sentence of 60 months be imposed.

A. Nature and Circumstances of the Offense

Possession of child pornography is a very serious offense and no quarrel is taken with the Government's characterization of the nature and consequences of such conduct.

B. The Defendant's History and Characteristics

The Defendant stands before this court without any criminal history. His life up to this point was that of a law abiding citizen, fully employed with considerable talent and a contributing member of society.

While the Government notes that to what extent his own sexual abuse influenced this conduct remains an open question, it is respectfully submitted that the available evidence strongly suggests a connection.

As his family reports, the abuse produced an erosion of his self-image and self-worth, manifesting itself in a weight problem that has plagued him throughout his life. He describes a connection to child pornography that caused him to sympathize with the children depicted. Fortunately, Mark Rohrer is compliant with treatment and by all accounts, has gained insight into his behavior and has accepted responsibility for his conduct. This bodes well for his recovery.

With regard to the question of restitution, the Defendant respectfully requests that the Court consider his lengthy incarceration and the significant financial burden it will impose.

Respectfully submitted,

THE DEFENDANT,
MARK ROHRER

/s/ John R. Donovan
John R. Donovan [CT05304]
Cromwell West Office Park
154 West Street, Building 3
Cromwell, CT 06416
Phone: 860-635-7373
Fax: 860-635-6734
Email: jrd@donmorlaw.com
*Counsel for Defendant Mark Rohrer*

## CERTIFICATION

     I hereby certify that on March 28, 2019 the foregoing Motion to Continue Sentencing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                        **/s/ John R. Donovan**
                                        **John R. Donovan [CT05304]**
                                        **Donovan & Morello**
                                        **Cromwell West Office Park**
                                        **154 West St., Building 3**
                                        **Cromwell, CT 06416**
                                        **Phone: 860-635-7373**
                                        **Fax: 860-635-6734**
                                        **Email: jrd@donmorlaw.com**
                                        *Counsel for Defendant Mark Rohrer*